Motion I from Kahris Dianne White-McLaughlin.

A motion to amend my complaint 1:24-cv-10413-WGY, docketed on Feb. 21, 2024. ①

represented pro se by Kahris Dianne White-McLaughlin for discovery purposes through a search for any and all information that pertains to Kahris White-McLaughlin from Cambridge Public Schools, Metco [Metropolitan Council for Education] School Districts, the Massachusetts Department of Elementary and Secondary Education and the Massachusetts Board of Elementary and Secondary Education from at least 2010 - 2022. I will submit a similar request to the above-named agencies but I wanted to ask permission from the Court. The request will include but

_signature_
Kahris Dianne White-McLaughlin

not be limited to letters, documents, emails, Twitter accounts, faxes + phone call records pertaining to Kohris Dionne White-McLaughlin, including information the Deputy Superintendent Carolyn Turk may possess although she is not named in this lawsuit.

signature

Kohris Dionne White-McLaughlin